UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES PARRISH HADDOX, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:23-CV-461-PPS-AZ |
| DEBBIE MEIER, et al., | |
| Defendants. | |

OPINION AND ORDER

James Parrish Haddox, a prisoner without a lawyer, sent a letter asking me two questions related to this closed case. ECF 53. First, he says he is being charged by prison officials with "213 Threatening" for statements he made in a prior letter to the court. He wants to know if they can do that. I will not answer this question because it would not be proper for me to provide an advisory opinion about his prison disciplinary proceedings.

Second, he wants to know how to appeal the dismissal of this case. Commonly, such a question would be construed as a Notice of Appeal, but I will not do that in this case because it would be futile and punitive. It would be futile because Haddox signed this letter after the deadline for filing a notice of appeal. It would be punitive because if he filed an appeal, even an untimely one, he would be required under 28 U.S.C. § 1915(b)(1) to pay the $605 appeal fee.

For these reasons, any relief requested in the letter (ECF 53) is DENIED.

SO ORDERED

ENTERED: September 3, 2025.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**
